```
                UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT HUNTINGTON
```

**ROGER D. BURRESS,**

      **Movant,**

**v.**                                       **Civil Action No. 2:14-24193**
                                            **Criminal Action No. 2:03-00024**

**UNITED STATES OF AMERICA,**

      **Respondent.**


## MEMORANDUM OPINION AND ORDER

**The court having received the proposed findings and recommendation of the United States Magistrate Judge filed on July 27, 2016, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the movant or the respondent to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.**

**The court, accordingly, finds that the movants' motions are second or successive § 2255 motions made without pre-filing authorization from the United States Court of Appeals for the Fourth Circuit. The court ORDERS that the movant's**

motions pursuant to 28 U.S.C. § 2255 be, and they hereby are, denied.

The Clerk is directed to forward copies of this order to the movant, all counsel of record, and the magistrate judge.

DATED: August 17, 2016

John T. Copenhaver, Jr.
United States District Judge